# Exhibit C



| | |
|---|---|
| | SUITE 2700 |
| | 401 E. JACKSON STREET (33602) |
| | POST OFFICE BOX 3324 |
| | TAMPA, FL 33601-3324 |
| | TEL 813-273-5000 |
| | FAX 813-273-5145 |
| Woodrow H. Pollack | gray-robinson.com |

BOCA RATON
FORT LAUDERDALE
JACKSONVILLE
KEY WEST
LAKELAND
MELBOURNE
MIAMI
NAPLES
ORLANDO
TALLAHASSEE
TAMPA

813-273-5122

WOODROW.POLLACK@GRAY-ROBINSON.COM

June 6, 2014

**VIA FEDERAL EXPRESS**

Jack Dorsey, CEO
Square, Inc.
1455 Market Street
Suite 600
San Francisco, CA 94103

      Re:    Infringement on Protegrity Patent Portfolio
              Client-Matter No. 54106535.19

Dear Mr. Dorsey:

      Please be advised that we are patent litigation counsel to Protegrity Corporation. Protegrity is the owner of a large patent portfolio including but not limited to United States Patents 6,321,201, 7,325,129, 7,490,248, 6,963,980, and 8,402,281 relating to encryption technologies. Protegrity has a policy of actively investigating possible infringements of its patent portfolio and if need be, enforcing its patents against infringers.

      We have been asked to investigate whether Square, Inc. ("Square") is infringing any of Protegrity's patents. We have reviewed many technical aspects of Square's Square Market and believe that this system infringes the '201 and '281 Patents. However, we are in need of additional technical materials in order to verify whether such products infringe one or more of Protegrity's patents.

      Accordingly, we respectfully request that you send us copies of your engineering specifications, architectural diagrams and functional descriptions showing the storage, retrieval, and management of protected data (including specifically storage of encrypted account information and management of tokens) and storage of keys and other security attributes/rules for authorizing a request as well as copies of your user manuals, configuration manuals, installation manuals and maintenance manuals relating to these products. Lastly, we respectfully request an evaluation copy of your software. We will pay reasonable expenses associated with producing the requested information and can agree to keep it confidential for purposes of evaluating the patent infringement issues.

**GRAYROBINSON**
PROFESSIONAL ASSOCIATION

Square, Inc.
June 6, 2014
Page 2

Protegrity is anxious for us to complete our infringement investigation of Square's products. Accordingly, please see that we receive the above-requested materials within the next ten (10) days.

Sincerely,

Woodrow H. Pollack

cc: Protegrity Corporation [via email]

WHP/kla