# Exhibit D



**GRAY | ROBINSON**

ATTORNEYS AT LAW

SUITE 2700
401 E. JACKSON STREET (33602)
POST OFFICE BOX 3324
TAMPA, FL 33601-3324
TEL 813-273-5000
FAX 813-273-5145
gray-robinson.com

BOCA RATON
FORT LAUDERDALE
JACKSONVILLE
KEY WEST
LAKELAND
MELBOURNE
MIAMI
NAPLES
ORLANDO
TALLAHASSEE
TAMPA

Woodrow H. Pollack

813-273-5122
WOODROW.POLLACK@GRAY-ROBINSON.COM

July 17, 2014

**VIA FEDERAL EXPRESS**

Jack Dorsey, CEO
Square, Inc.
1455 Market Street
Suite 600
San Francisco, CA 94103

> Re:   Infringement on Protegrity Patent Portfolio
>        Client-Matter No. 54106535.19

Dear Mr. Dorsey:

Please allow this correspondence to serve as a follow-up to our letter dated June 6, 2014. To date, I have not received a response. Should I not receive the previously requested materials within ten (10) days from the date of this letter, I will be left with no choice but to believe you are unwilling to resolve this matter short of litigation and will be forced to advise my client to proceed accordingly in filing a lawsuit and using discovery to obtain the requested materials. Please govern yourself accordingly.

Sincerely,

Woodrow H. Pollack

cc: Protegrity Corporation [via email]

WHP/klc