STEFANI E. SHANBERG (State Bar No. 206717)
ROBIN L. BREWER (State Bar No. 253686)
EUGENE MARDER (State Bar No. 275762)
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
One Market Plaza
Spear Tower, Suite 3300
San Francisco, California  94105
Telephone:   (415) 947-2000
Facsimile:    (415) 947-2099
E-Mail:        sshanberg@wsgr.com
                    rbrewer@wsgr.com
                    emarder@wsgr.com

RYAN R. SMITH (State Bar No. 229323)
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
650 Page Mill Road
Palo Alto, California  94304
Telephone:   (650) 493-9300
Facsimile:    (650) 493-6811
E-Mail:        rsmith@wsgr.com

Attorneys for Plaintiff
SQUARE, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| SQUARE, INC., a Delaware corporation,<br><br>           Plaintiff,<br><br>     v.<br><br>PROTEGRITY CORPORATION, a Cayman Islands corporation,<br><br>           Defendant. | Case No. 3:14-cv-03423-EDL<br><br>**PLAINTIFF SQUARE, INC.'S CERTIFICATION OF INTERESTED ENTITIES OR PERSONS PURSUANT TO CIVIL L.R. 3-15 AND FED. R. CIV. P. 7.1**<br><br>Judge:  Honorable Elizabeth D. Laporte |

SQUARE'S CERTIFICATION OF INTERESTED
ENTITIES – Case No. 3:14-cv-03423-EDL

1  Pursuant to Civil Local Rule 3-15, the undersigned certifies that as of this date, other than
2 Square, Inc. ("Square") and its shareholders, Square has no such interest to report.  Additionally,
3 pursuant to Federal Rule of Civil Procedure 7.1, there is no parent corporation or publicly held
4 corporation owning ten percent (10%) or more of Square's stock.

6 Dated:  July 30, 2014

WILSON SONSINI GOODRICH & ROSATI
Professional Corporation


By:     /s/ *Stefani E. Shanberg*
                Stefani E. Shanberg

Attorneys for Plaintiff
SQUARE, INC.